**EXHIBIT 1**

# BURSOR & FISHER
P.A.

**888 SEVENTH AVENUE**
**NEW YORK, NY 10019**
**www.bursor.com**

PHILIP L. FRAIETTA
Tel: **646.837.7150**
Fax: **212.989.9163**
**pfraietta@bursor.com**

August 17, 2022

<u>*Via Certified Mail – Return Receipt Requested*</u>

Mobile Fidelity Sound Lab, Inc.
Attn: Legal Department
1811 West Bryn Mawr Avenue
Chicago, Illinois 60660

Re: *Notice and Demand Letter Pursuant to U.C.C. § 2-607;*
*North Carolina Unfair and Deceptive Trade Practices Act, N.C.G.S. §§ 75-1.1, et seq.;*
*and all other state and local laws*

This letter serves as a preliminary notice and demand for corrective action to Mobile Fidelity Sound Lab, Inc. ("MoFi" or "You") pursuant to U.C.C. § 2-607(3)(a) concerning breaches of express and implied warranties, as well as numerous provisions North Carolina law—including but not limited to the North Carolina Unfair and Deceptive Trade Practices Act, N.C.G.S. §§ 75-1.1, *et seq.*—on behalf of our client, Adam Stiles, and a class of all similarly situated purchasers of MoFi vinyl records labeled as "Original Master Recording" prior to July 15, 2022 (the "Records")  This letter provides statutory notice of our intent to file a class action lawsuit.

In or about February 2022, while in North Carolina, Mr. Stiles purchased The Pretenders' self-titled debut album directly from Your website for approximately $40.  Mr. Stiles saw and relied on the representation that the Record was the "Original Master Recording," as well as representations that the was made using the "Gain 2 Ultra Analog System," which "only utilize[s] first generation original master recordings as source material," and that "any sonic artifacts present are a product of the original master tape."  Likewise, neither Your website nor the Record itself made any mention of Your use of digital mastering technologies such as direct stream digital ("DSD") in the production chain of the Record.  Mr. Stiles also relied on these omissions in purchasing the Record.  However, Your representations were not true.  In July 2022, it was revealed that Your Records use digital mastering technologies in their production chain and are therefore not "analog" recordings.  This includes the Record purchased by Mr. Stiles.  Your misrepresentations and omissions deceived and injured Mr. Stiles and putative Class Members because Mr. Stiles and putative Class Members would not have purchased the Records, or would not have paid as much for them, had they been aware the Records were not "analog" recordings, and that You used digital mastering technologies in the production chain of the Records.  Your misrepresentations and omissions are in violation of your express and implied warranties, the North Carolina Unfair and Deceptive Trade Practices Act, and constitute fraud.

On behalf of our client and the putative Class, we hereby demand that You immediately make full restitution to all purchasers of the Records of all purchase money obtained from sales thereof.

We also demand that You preserve all documents and other evidence which refer or relate to any of the above-described practices during the applicable class periods, including electronically stored information and including, but not limited to, the following:

1. All documents concerning the packaging, labeling, manufacturing, and production process for the Records;

2. All documents concerning the pricing, advertising, marketing, and/or sale of the Records;

3. All communications with customers involving complaints or comments concerning the Records;

4. All documents concerning communications with any manufactured, distributer, supplier, or other retailer involved in the marketing or sale of the Records;

5. All documents concerning Your use of digital technologies such as DSD in the production of the Records; and

6. All documents concerning the total revenue derived from sales of the Records.

If you contend that any statement in this letter is inaccurate in any respect, please provide us with your contentions and supporting documents immediately upon receipt of this letter.

Please contact me right away if you wish to discuss an appropriate way to remedy this matter. If I do not hear from you promptly, I will take this as an indication that you are not interested in discussing this offer of resolution.

Very truly yours,

Philip L. Fraietta