# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: ADAM STILES, individually and on behalf of all others similarly situated, v. MOBILE FIDELITY SOUND LAB, INC.

Case Number: 1:22-cv-4405

An appearance is hereby filed by the undersigned as attorney for:

Mobile Fidelity Sound Lab, Inc.

Attorney name (type or print): Joseph F. Madonia

Firm: Barnes & Thornburg LLP

Street address: One North Wacker Drive, Suite 4400

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6190852
(See item 3 in instructions)

Telephone Number: 312-214-5611

Email Address: Joseph.Madonia@btlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 22, 2022

Attorney signature: S/ Joseph F. Madonia
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015